FILED

2018 NOV -9 PM 2: 14

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | JUDGE PEARSON |
| Plaintiff, | ) | |
| | ) | 5:18 CR 668 |
| v. | ) | CASE NO. |
| | ) | Title 18, Section 664, United |
| TERRY DOAN, | ) | States Code |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Embezzlement from an Employee Benefit Plan,
in violation of 18 U.S.C. § 664)

The Grand Jury charges:

1. From in or around April 2011, to on or about January 24, 2017, defendant TERRY DOAN ("DOAN") was one of six trustees of the Joint Apprenticeship Training Committee ("JATC") that oversaw the Joint Apprentice and Journeyman Training Fund (the "Fund") of the Heat and Frost Insulators and Allied Workers, Local 84 ("Local 84"). DOAN was elected by Local 84 to serve as one of three trustees on the union side of JATC.

2. JATC and the Fund had one checking account with Chase Banking. As the Financial-Secretary/Treasurer, DOAN controlled the Chase checking account, but checks over a specific amount required a second trustee's signature. However, sometime in 2012, DOAN had the second trustee removed as a signor on the Chase checking account.

3. From on or about June 21, 2012, to on or about January 3, 2017, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant TERRY DOAN, did knowingly embezzle, steal and unlawfully and willfully abstract and convert to his own use in the approximate amount of $195,147.95, the moneys, funds, credits, property, and other assets of the Fund, an employee welfare benefit plan subject to Title I of the Employee Retirement Income Security Act of 1974.

All in violation of Title 18, United States Code, Section 664.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.